UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCO HERNANDEZ-HERNANDEZ,<br>Petitioner,<br>v.<br>ICE FIELD OFFICE DIRECTOR,<br>Respondents. | No. 2:26-CV-02535-SAB<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1. Petitioner is representing himself in the matter. Respondent is represented by Jennifer Wong.

On July 20, 2026, Respondent filed a Notice of Change in Custody indicating that, the day before Petitioner's habeas petition was filed, he was transferred from the Northwest ICE Processing Center to be staged for removal. A petition for habeas relief becomes moot when the petitioner is no longer in custody, so long as there are no collateral consequences from the detention that can be addressed by adjudicating the merits of the petition. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). As Petitioner is no longer in ICE custody and the only relief he sought was immediate release from custody, his Petition is moot.

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and pro se Petitioner, and **close** the file.

**DATED** this 7th day of August 2026.

Stanley A. Bastian
United States District Judge